LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:           (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS SEYMOUR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHNNY WOODRUFF; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT' and JOHN DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No.    2:20-cv-00937-RFB-VCF<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant, Las Vegas Metropolitan Police Department, ("LVMPD"), by and through its counsel, Kaempfer Crowell, and Plaintiff, Douglas Seymour ("Plaintiff"), by and through his counsel, Peter Goldstein, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court.  This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2574236_1.docx  6943.192

Page 1 of 2

1  LVMPD was served with Plaintiff's Complaint on May 27, 2020.  The instant extension
2  is requested as LVMPD's Counsel requires additional time to prepare a responsive pleading to
3  the Plaintiff's Complaint.
4  Upon agreement by and between all the parties hereto as set forth herein, the undersigned
5  respectfully requests this Court grant an extension of time, up to and including June 24, 2020, for
6  LVMPD to file an answer or otherwise respond to Plaintiff's Complaint.  By entering into this
7  Stipulation, none of the parties waive any rights they have under statute, law or rule with respect
8  to Plaintiff's Complaint.
9  DATED this 18th day of June, 2020.

KAEMPFER CROWELL

By: /s/ *Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
***Attorneys for Defendant***
***Las Vegas Metropolitan Police Department***

PETER GOLDSTEIN LAW CORP

By: /s/ *Peter Goldstein*
Peter Goldstein
Nevada Bar No. 6992
10161 Park Run Dr., Ste. 150
Las Vegas, NV  89145
***Attorneys for Plaintiff***

**ORDER**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

_____
Dated June 18, 2020

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2574236_1.docx  6943.192

Page 2 of 2