LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant
Las Vegas Metropolitan Police Department,*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS SEYMOUR,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY WOODRUFF; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT' and JOHN DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00937-RFB-VCF<br><br>**STIPULATION TO DISMISS PLAINTIFF'S THIRD CLAIM FOR RELIEF FROM THE COMPLAINT [ECF No. 1]** |

Plaintiff, Douglas Seymour ("Seymour"), by and through its counsel, Peter Goldstein Law Corp; Defendant, Johnny Woodruff ("Woodruff") by and through his counsel, McNutt Law Firm, and Defendant, Las Vegas Metropolitan Police Department ("LVMPD"), by and through its counsel, Kaempfer Crowell, hereby jointly stipulate to the dismissal, **with prejudice**, from Plaintiff's Complaint for Damages (ECF No. 1), the Third Claim for Relief [Municipal Liability for Unconstitutional Custom or Policy (42 U.S.C. § 1983).§§] against Defendants LVMPD

///

///

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

Stip to Dismiss Pl's 3rd Claim for Relief from the Complaint [1] 7.15.21  6943.213

Page 1 of 2

DOE SUPERVISORS 6-10 and LVMPD. Each party shall bear its own fees and costs.

DATED this 15th day of July, 2021.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendant***<br>***Las Vegas Metropolitan Police***<br>***Department*** | By: /s/ Peter Goldstein<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV 89145<br>***Attorneys for Plaintiff*** |

MCNUTT LAW FIRM, P.C.

By: /s/ Daniel R. McNutt
DANIEL R. MCNUTT
Nevada Bar No. 7815
MATTHEW C. WOLF
Nevada Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
***Attorneys for Defendant***
***Officer John Woodruff***

## ORDER

IT IS SO ORDERED.

Dated: July 16, 2021

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

Stip to Dismiss Pl's 3rd Claim for Relief from the Complaint [1] 7.15.21  6943.213

Page 2 of 2