LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS SEYMOUR,<br><br>       Plaintiff,<br><br>vs.<br><br>JOHNNY WOODRUFF; and LAS VEGAS METROPOLITAN POLICE DEPARTMENT' and JOHN DOES 1 to 50, inclusive,<br><br>       Defendants. | Case No. 2:20-cv-00937-RFB-VCF<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br>**(Second Request)** |

Pursuant to LR 6-1 and LR 26-4, Defendant, Las Vegas Metropolitan Police Department ("LVMPD"), Defendant, Johnny Woodruff ("Woodruff") and Plaintiff, Douglas Seymour ("Seymour") by and through their respective counsel, hereby stipulate, agree, and request that this Court extend the dispositive motion deadline from the current date of November 17, 2021 until **January 27, 2022** as the parties are actively trying to resolve this matter and have agreed to attend a private Mediation on January 13, 2022.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2977751_1  6943.213

Page 1 of 4

### A. Discovery Completed to Date

The parties have exchanged their initial Rule 26 Disclosures. Defendant Las Vegas Metropolitan Police Department ("LVMPD") has provided six additional supplemental disclosures; Plaintiff has provided one additional supplemental disclosure; and Woodruff provided a supplemental disclosure. All parties served and responded to various written discovery. LVMPD served various third-party subpoenas which following litigating Motions to Quash filed by Plaintiff, responses have been received and disclosed.

The depositions of Woodruff, a third-party, Sgt. Jonathan Robinson and the Plaintiff were taken. An IPE of Plaintiff was conducted. The parties timely disclosed expert reports.

### B. Discovery Remaining to be Completed

No further discovery is needed.

### C. Reason for Request for Extension of Dispositive Motion Deadline

As stated above, the parties have scheduled a private Mediation for January 13, 2022 in the hopes that this matter can reach a global resolution. The parties do not wish to expend additional time and expense in preparing dispositive motions until after the Mediation.

### D. Proposed Extended Deadline for Dispositive Motions

Accordingly, the parties respectfully request that this Court enter an order as follows:

(1) Dispositive Motions.

The parties request the current deadline of November 17, 2021, be extended to January 27, 2022; fourteen (14) days after the Mediation on January 13, 2022.

The parties also request that the deadline for any response to any dispositive motion be extended until February 28, 2022; thirty (30) days after dispositive motions are filed.

The parties recognize that they are making this request fewer than twenty-one days before the current dispositive motion deadline of November 17, 2021, however the parties

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2977751_1  6943.213

Page 2 of 4

1  submit that good cause and excusable neglect exists for the delay.

2        LR 26-3 states in relevant part:

> A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

In evaluating excusable neglect, the court considers the following factors: (1) the reason for the delay and whether it was in the reasonable control of the moving party, (2) whether the moving party acted in good faith, (3) the length of the delay and its potential impact on the proceedings, and (4) the danger of prejudice to the nonmoving party. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380, 395 S. Ct. 1489, 123 L.Ed.2d 74 (1993).

There is good cause for the requested extension as shown above. The parties have conducted all discovery in this matter and at the conclusion of discovery. As stated in the parties' previous request to extend the dispositive motion deadline, the parties have been engaged in settlement discussions. The parties determined that a private Mediation may be beneficial to help reach a global resolution. The parties have been reaching out to private Mediators and just retained one and scheduled the private Mediation.

///
///
///
///
///
///
///

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2977751_1 6943.213

Page 3 of 4

This request for an extension is made in good faith and joined by all the parties in this case. Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Moreover, this Request will allow the parties to possibly resolve this matter in its entirety.

DATED this 8th day of November, 2021.

| KAEMPFER CROWELL | PETER GOLDSTEIN LAW CORP |
|---|---|
| By:  /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>KRISTOPHER J. KALKOWSKI<br>Nevada Bar No. 14892<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>***Attorneys for Defendant***<br>***Las Vegas Metropolitan Police Department*** | By:  /s/ *Peter Goldstein*<br>Peter Goldstein<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV  89145<br>***Attorneys for Plaintiff*** |

MCNUTT LAW FIRM, P.C.

By:  /s/ *Daniel R. McNutt*
DANIEL R. MCNUTT
Nevada Bar No. 7815
MATTHEW C. WOLF
Nevada Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
***Attorneys for Defendant***
***Officer John Woodruff***

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11-8-2021

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2977751_1  6943.213

Page 4 of 4

# Luisa Cota

| | |
|---|---|
| **From:** | Peter Goldstein <peter@petergoldsteinlaw.com> |
| **Sent:** | Friday, November 5, 2021 5:19 PM |
| **To:** | Dan McNutt |
| **Cc:** | Wendy Applegate; Toni Gesin (toni@petergoldsteinlaw.com); Matt Wolf; Lyssa Anderson; Kristopher Kalkowski; Luisa Cota; Lisa Heller |
| **Subject:** | Re: LVMPD/Seymour |
| **Categories:** | IMPORTANT |

Mine as well.
Peter



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com


On Fri, Nov 5, 2021 at 3:35 PM Dan McNutt <drm@mcnuttlawfirm.com> wrote:

> Ok to add my signature.
>
> **DM**

1