1

Peter Goldstein [SBN 6992]

2

PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com

3

10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

4

Telephone:     (702) 474-6400
Facsimile:     (888) 400-8799

5

6

*Attorneys for Plaintiff*
*DOUGLAS SEYMOUR*

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA – LAS VEGAS**

10

DOUGLAS SEYMOUR,

Case No.: 2:20-cv-00937-RFB-VCF

11

                    Plaintiff,

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES FOR BRIEFING RELATED TO DEFENDANT WOODRUFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT**

12

          v.

13

14

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOHN WOODRUFF; and JOHN DOES 1 to 50, inclusive,

(First Request)

15

                    Defendants.

16

17

18

        Plaintiff DOUGLAS SEYMOUR and Defendants LAS VEGAS METROPOLITAN POLICE

19

DEPARTMENT and JOHN WOODRUFF, by and through their counsel of record, hereby stipulate

20

and agree as follows:

21

        Plaintiff's deadline to respond to Defendant John Woodruff's pending motion for summary

22

judgement (Dkt. 59), filed on November 12, 2021, is extended from December 3, 2021 up to and

23

including **December 10, 2021.**

24

        Ofc. Woodruff's deadline to file a reply in support of his motion for summary judgment shall

25

be extended up to and including December 31, 2021.

26

/ / /

27

/ / /

28

/ / /

1

1    This request for an extension is made in good faith and joined by all the parties in this case.

2  The request is timely pursuant to LR 26-3; well in advance of any current deadline.  Accordingly,

3  this extension will not delay this case.

4    IT IS SO STIPULATED.

5  DATED:  December 1, 2021          PETER GOLDSTEIN LAW CORP

6

7                                    By:  /s/ Peter Goldstein
                                         PETER GOLDSTEIN
8                                        Attorneys for Plaintiff
                                         *DOUGLAS SEYMOUR*
9

10 DATED:  December 1, 2021          KAEMPFER CROWELL

11

12                                   By:  /s/ Lyssa S. Anderson
                                         LYSSA S. ANDERSON
13                                       RYAN W. DANIELS
                                         Attorneys for Defendants
14                                       *LAS VEGAS METROPOLITAN POLICE*
                                         *DEPARTMENT*
15

16 DATED:  December 1, 2021          MCNUTT LAW FIRM, P.C.

17

18                                   By:  /s/ Daniel R. McNutt
                                         DANIEL R. MCNUTT
19                                       MATTHEW C. WOLF
                                         Attorneys for Defendant
20                                       *JOHN WOODRUFF*

21

22

23    IT IS SO ORDERED.

24

25 DATED this 7th day of ~~December~~, 2021

26                                   _____
                                     RICHARD F. BOULWARE, II
27                                   United States District Court

28

                                     2

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada.  I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 1st, day of December, 2021, a true and correct copy of the following document **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES FOR BRIEFING RELATED TO DEFENDANT WOODRUFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

Lyssa S. Anderson, Esq.
Ryan W. Daniels, Esq.
Kristopher Kalkowski, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:     (702) 792-7000
Facsimile:      (702) 796-7181
Email: landerson@kcnvlaw.com
         rdaniels@kcnvlaw.com
         kkalkowski@kcnvlaw.com
         BJacobs@kcnvlaw.com
         WApplegate@kcnvlaw.com
         eparker@kcnvlaw.com
*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

Daniel R. McNutt, Esq.
Matthew C. Wolf, Esq.
MCNUTT LAW FIRM, P.C.
11441 Allerton Park Drive, #100
Las Vegas, Nevada  89135
Telephone:     (702) 384-1170
Facsimile:      (702) 384-5529
Email: drm@mcnuttlawfirm.com
         mcw@mcnuttlawfirm.com
         lah@mcnuttlawfirm.com
*Attorneys for Defendant*
*John Woodruff*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: _____
    An Employee of Peter Goldstein Law Corp

3



**Peter Goldstein <pglawstaff@petergoldsteinlaw.com>**

---

## SEYMOUR - Final Review and Approve Affix Signatures - SAO to Extend Dates for Woodruff MPSJ Briefing

6 messages

---

**Kris Bechtold** <pglawstaff@petergoldsteinlaw.com>                        Wed, Dec 1, 2021 at 3:50 PM
To: Matt Wolf <mcw@mcnuttlawfirm.com>, Dan McNutt <drm@mcnuttlawfirm.com>, Lyssa Anderson
<landerson@kcnvlaw.com>, Ryan Daniels <RDaniels@kcnvlaw.com>, Peter Goldstein <peter@petergoldsteinlaw.com>
Bcc: Peter Goldstein <pglawstaff@petergoldsteinlaw.com>

> Attached for final review and approval for filing please find the Stipulation and [Proposed] Order to Extend Dates for
> Briefing Related to Woodruff's Motion for Partial Summary Judgment.  Please indicate your approval to affix your
> signature and I'll file.
> Thank you,
> Kris Bechtold
> Legal Assistant
> Kris Bechtold
> Legal Assistant



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

---

**Kris Bechtold** <pglawstaff@petergoldsteinlaw.com>                        Wed, Dec 1, 2021 at 3:52 PM
To: Matt Wolf <mcw@mcnuttlawfirm.com>, Dan McNutt <drm@mcnuttlawfirm.com>, Lyssa Anderson
<landerson@kcnvlaw.com>, Ryan Daniels <RDaniels@kcnvlaw.com>, Peter Goldstein <peter@petergoldsteinlaw.com>

Attached
[Quoted text hidden]

 **2021.12.01 SAO re Woodruff MSJ Briefing.pdf**
123K

---

**Matt Wolf** <mcw@mcnuttlawfirm.com>                                       Wed, Dec 1, 2021 at 3:53 PM

To: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, Dan McNutt <drm@mcnuttlawfirm.com>, Lyssa Anderson <landerson@kcnvlaw.com>, Ryan Daniels <RDaniels@kcnvlaw.com>, Peter Goldstein <peter@petergoldsteinlaw.com>

You have my approval.

[Quoted text hidden]

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>        Wed, Dec 1, 2021 at 4:10 PM
To: Matt Wolf <mcw@mcnuttlawfirm.com>
Cc: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, Dan McNutt <drm@mcnuttlawfirm.com>, Lyssa Anderson <landerson@kcnvlaw.com>, Ryan Daniels <RDaniels@kcnvlaw.com>

Thanks, Lyssa if you have a chance can you email us your approval.



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

[Quoted text hidden]

---

**Lyssa Anderson** <landerson@kcnvlaw.com>        Wed, Dec 1, 2021 at 4:16 PM
To: Peter Goldstein <peter@petergoldsteinlaw.com>
Cc: Matt Wolf <mcw@mcnuttlawfirm.com>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, Dan McNutt <drm@mcnuttlawfirm.com>, Ryan Daniels <RDaniels@kcnvlaw.com>

Approved. Thanks.

Best Regards,
Lyssa S. Anderson

       On Dec 1, 2021, at 4:11 PM, Peter Goldstein <peter@petergoldsteinlaw.com> wrote:

[Quoted text hidden]