Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:    (888) 400-8799

*Attorneys for Plaintiff*
*DOUGLAS SEYMOUR*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| DOUGLAS SEYMOUR,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOHN WOODRUFF; and JOHN DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00937-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES FOR RESPONSE TO DEFENDANT WOODRUFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT**<br><br>(First Request) |

Plaintiff DOUGLAS SEYMOUR and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and JOHN WOODRUFF, by and through their counsel of record, hereby stipulate and agree as follows:

Plaintiff's deadline to respond to Defendant LVMPD'S pending motion for summary judgement (Dkt. 66), filed on January 27, 2022 is extended from February 17, 2022 up to and including March 3, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  This request for an extension is made in good faith and joined by all the parties in this case.
2  The request is timely pursuant to LR 26-3; well in advance of any current deadline. Accordingly,
3  this extension will not delay this case.

5  IT IS SO STIPULATED.

6  DATED: February 14, 2022        PETER GOLDSTEIN LAW CORP

8         By: /s/ *Peter Goldstein*
              PETER GOLDSTEIN
              Attorneys for Plaintiff
9             *DOUGLAS SEYMOUR*

11 DATED: February 14, 2022        KAEMPFER CROWELL

13        By: /s/ *Lyssa S. Anderson*
              LYSSA S. ANDERSON
              RYAN W. DANIELS
14            Attorneys for Defendants
              *LAS VEGAS METROPOLITAN POLICE*
15            *DEPARTMENT*

17 DATED: February 14, 2022        MCNUTT LAW FIRM, P.C.

19        By: */s/ Daniel R. McNutt*
              DANIEL R. MCNUTT
              MATTHEW C. WOLF
20            Attorneys for Defendant
              *JOHN WOODRUFF*

23  IT IS SO ORDERED.

26  DATED this 16th day of February, 2022

_____
RICHARD E. BOULWARE, II
United States District Court

2



**Peter Goldstein <pglawstaff@petergoldsteinlaw.com>**

---

# Re: Seymour extension to file opp to msj
4 messages

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>                                     Mon, Feb 14, 2022 at 4:44 PM
To: Dan McNutt <drm@mcnuttlawfirm.com>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>
Cc: Lyssa Anderson <landerson@kcnvlaw.com>, Matt Wolf <mcw@mcnuttlawfirm.com>, Lisa Heller <lah@mcnuttlawfirm.com>

Thank you.

Peter



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com


On Mon, Feb 14, 2022 at 4:38 PM Dan McNutt <drm@mcnuttlawfirm.com> wrote:

> If Lyssa has approved, you can add my electronic signature.
>
>
> **DM**
>
>
> ---
>
> **From:** Peter Goldstein <peter@petergoldsteinlaw.com>
> **Date:** Monday, February 14, 2022 at 3:55 PM
> **To:** Lyssa Anderson <landerson@kcnvlaw.com>, Dan McNutt <drm@mcnuttlawfirm.com>
> **Subject:** Re: Seymour extension to file opp to msj
>
> Lyssa and Dan

Attached is SAO Lyssa approved, please let me know my office can file with your esignatures, thanks.

Peter

**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230

Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

On Mon, Feb 14, 2022 at 3:53 PM Peter Goldstein <peter@petergoldsteinlaw.com> wrote:

> Lyssa and Dan,
>
> Attached is the SAO
>
> **PETER GOLDSTEIN LAW CORP**
>
> 10161 Park Run Drive, Suite 150
>
> Las Vegas, NV 89145
>
> Tel: (702) 474-6400
> Fax: (888) 400-8799
>
> www.petergoldsteinlaw.com

> 400 Corporate Pointe, Ste. 300
> Culver City, CA 90230
> Tel: (310)552-2050
> Fax: (888) 400-8799
>
> www.petergoldsteinlaw.com

**Peter Goldstein** <peter@petergoldsteinlaw.com>     Mon, Feb 14, 2022 at 4:45 PM
To: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>

let's file this tomorrow.



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

[Quoted text hidden]

---

**Lyssa Anderson** <landerson@kcnvlaw.com>     Mon, Feb 14, 2022 at 4:48 PM
To: Peter Goldstein <peter@petergoldsteinlaw.com>
Cc: Dan McNutt <drm@mcnuttlawfirm.com>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, Matt Wolf <mcw@mcnuttlawfirm.com>, Lisa Heller <lah@mcnuttlawfirm.com>

Peter, I approve the stipulation. You may add my e-signature.

Best Regards,
Lyssa S. Anderson

> On Feb 14, 2022, at 4:45 PM, Peter Goldstein <peter@petergoldsteinlaw.com> wrote:
>
> [Quoted text hidden]

**Peter Goldstein** <peter@petergoldsteinlaw.com>                                                    Mon, Feb 14, 2022 at 4:50 PM
To: Lyssa Anderson <landerson@kcnvlaw.com>
Cc: Dan McNutt <drm@mcnuttlawfirm.com>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, Matt Wolf
<mcw@mcnuttlawfirm.com>, Lisa Heller <lah@mcnuttlawfirm.com>

Thanks Lyssa



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

[Quoted text hidden]